29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570                                          DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED:_____          _____
                                              DEPUTY CLERK

VOLUNTARY MOTION FOR PARTIAL DISMISSAL

   NOW INTO COURT, through undersigned counsel, come plaintiffs GAIL BAUDY WIFE

OF/AND WARREN BAUDY, in the above numbered and entitled cause, and on suggesting to this

Court that WINN-DIXIE MONTGOMERY, LLC, defendant, should be voluntarily dismissed,

without prejudice; therefore, they desire that the above numbered and entitled lawsuit be dismissed,

without prejudice, insofar as WINN-DIXIE MONTGOMERY, LLC, only, is concerned, each

party bearing its own costs, while reserving unto said plaintiffs all rights to proceed against all other

parties.


                                   ORDER

   IT IS HEREBY ORDERED BY THIS HONORABLE COURT that WINN -DIXIE

MONTGOMERY, LLC; only be and is hereby dismissed, without prejudice, each party bearing

its own costs, while reserving unto said plaintiffs all rights against all other parties.

        HAHNVILLE, Louisiana this _____ day of _____, 2012.


                                      _____
                                              J U D G E


Respectfully submitted
BURGOS & EVANS, LLC

_____
ROBERT B. EVANS, III (LA Bar No. 23473)
3535 Canal St.
New Orleans, LA 70119
Telephone: 504-488-3722
Facsimile: 504-482-8525
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served upon all counsel of record by placing the same in the United States Mail, first class, postage prepaid, this _20_ day of _March_, 2012.

ROBERT B. EVANS, III

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.   00074570                                                    DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED: _____        DEPUTY CLERK: _____

## ANSWER TO FIRST AND SECOND AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Travelers Indemnity Company of Connecticut and TBS, LLC, who answer the First and Second Amended Petitions for Damages as follows:

1.

The allegations of paragraph 1 of the First Amended Petition require no answer of defendants.

2.

The allegations of paragraph 2 of the First Amended Petition require no answer of defendants as defendants have already responded to them.  Defendants incorporates theirs answer to the original petition and defenses asserted therein as if copied, herein, in toto.

3.

The allegations of paragraph 1 of the Second Amended Petition are denied for lack of information sufficient to justify a belief therein.

4.

Defendants reiterate that they did not own the property referred to in plaintiff's Original and First Amended Petitions, as the site of the accident, and that they had no contract of lease with the Winn Dixie store at that location.  Defendants further aver that petitions fail to state a cause of action against defendants upon which relief can be granted.

5.

Defendants aver that the accident of which plaintiff complains was caused by her own fault in failing to exercise reasonable care to protect herself; in failing to look where she was stepping; in walking to close to the edge of the sidewalk; and, for other acts of fault that will be learned through discovery.

Wherefore Defendants pray that this answer be filed into the record and after all due delays and proceedings there be judgment herein in favor of defendants dismissing plaintiff's claims against them with prejudice.  In the alternative, defendants pray that the fault of third parties and of the plaintiff be recognized and any recovery herein be reduced according to the percentages thereof as provided by law.

Defendants further reiterate their prayer for trial by jury and for all general and equitable relief.

Respectfully submitted,

MICHAEL F. GRENNAN, LBA #6307
3838 N. Causeway Boulevard, Suite 3160
Metairie, Louisiana  70002
Telephone:  (504)832-7630
Facsimile:  (504) 833-4969

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the above and foregoing has been forwarded to all counsel of record this 25th day of February, 2012.

MICHAEL F. GRENNAN

# CITATION



---

**BAUDY, GAIL - ET AL**

*Versus*

**TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT - ET AL**

Case: **00074570**
Division: **D**
29th *Judicial District Court*
*Parish of St. Charles*
*State of Louisiana*

---

TO:
  *TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND TBS, LLC*
  *THROUGH THEIR ATTORNEY OF RECORD*
  *MICHAEL F. GRENNAN*
  *3838 N CAUSEWAY BLVD., SUITE 3160*
  *METAIRIE, LA 70002*

*You are hereby summoned to comply with the demand contained in the PLAINTIFFS SECOND AMENDED
PETITION FOR DAMAGES, EX-PARTE, UNOPPOSED MOTION FOR LEAVE TO FILE SECOND
AMENDED PETITION FOR DAMAGES, ORDER & PETITION FOR DAMAGES, REQUEST FOR
WRITTEN NOTICE, EX-PARTE MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR
DAMAGES, ORDER, & PLAINTIFFS FIRST AMENDED PETITION FOR DAMAGES, of which a certified
copy accompanies this citation, or file your answer to the same, in the office of the Clerk on the Twenty-ninth
Judicial Court in and for the Parish of St. Charles, in the Court House of said Parish at Hahnville, La., within
fifteen days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of
default judgment against you.*

*WITNESS THE HONORABLE JUDGES of the said Court on the 24TH day of FEBRUARY A.D., 2012.*

*Charles J. Oubre, Jr.*
*CLERK OF COURT*

BY: <u>*JACQUELINE R PERRET*</u>
*Deputy Clerk of Court*

---

### Service Information

*Received on the _____ day of _____, 20_____ and on the _____ day of
_____, 20_____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the
hands of _____, a person apparently over the age of sixteen years,
living and residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of _____ this _____ day of _____, 20_____.*

*Service*     $_____

*Mileage*     $_____     By: _____
                                      *Deputy Sheriff*

*Total*       $_____

[ ORIGINAL ]

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570                                           DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED:_____                    _____
                                                DEPUTY CLERK

### EX-PARTE, UNOPPOSED MOTION FOR LEAVE TO FILE
### SECOND AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Gail Baudy wife

of/and Warren Baudy, who moves this Court for leave to file the attached Second Amended Petition

for Damages.

WHEREFORE, petitioners pray that this Court will grant them leave to file the attached

Second Amended Petition for Damages and for any and all other relief that this Court deems

appropriate.

Respectfully submitted

BURGOS & EVANS, LLC

_____
ROBERT B. EVANS, III (LA Bar No. 23473)
3535 Canal St.
New Orleans, LA 70119
Telephone: 504-488-3722
Facsimile: 504-482-8525
Attorneys for Plaintiffs

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
CLERK OF COURT
ST. CHARLES PARISH

29ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570                                    DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED:_____

                                        DEPUTY CLERK

ORDER

IT IS HEREBY ORDERED that the plaintiffs, Gail Baudy wife of/and Warren Baudy be

granted leave to file the attached Second Amended Petition for Damages.

HAHNVILLE, LOUISIANA, this 23ᵗʰ day of February, 2012.

_____

J U D G E

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served upon all

counsel of record by placing the same in the United States Mail, first class, postage prepaid, this

13 day of February, 2012.

_____

ROBERT B. EVANS, III

STATE OF LOUISIANA
PARISH OF ST. CHARLES
    I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.
Dy. _____ CLERK OF COURT
            ST. CHARLES PARISH

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570                                    DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN DIXIE

FILED:_____     _____
                                          DEPUTY CLERK

**PLAINTIFF'S SECOND AMENDED PETITION FOR DAMAGES**

Petitioners, Gail Baudy wife of/and Warren Baudy, both persons of the full age of majority and domiciled in the Parish of St. Charles, State of Louisiana, amends and restates their original Petition for Damages as follows:

1.

The original Petition for Damages should read as follows:

I.

Paragraph II should have read:

On or about March 12, 2011, at approximately 1:15 p.m., petitioner, Gail Baudy states that she was a customer at defendant's place of business, Winn Dixie, Store # 1588, located at 12519 Airline Highway, Suite A in Destrehan, Louisiana. As the petitioner, Gail Baudy, was walking off of a raised walkway, she slipped and fell causing personal injuries.

2.

Plaintiff re-alleges, re-avers and restates all facts, claims and causes set forth in their original Petition for Damages filed on December 8, 2011 and the First Amended Petition for Damages filed on January 24, 2012 as if copied herein *in extenso*.

**WHEREFORE**, petitioners, Gail Baudy wife of/and Warren Baudy prays that defendant be cited and served with a copy of this petition and after all legal delays and due proceedings be had, petitioner be awarded judgment in their favor and against defendants, Winn-Dixie Montgomery, LLC, for all damages which are reasonable in the premises, punitive damages, interest from the date of judicial demand until paid, the costs of these proceedings, and all general and equitable relief that this Honorable Court deems fit an proper.

Respectfully submitted:
BURGOS & EVANS, L.L.C.

_____
ROBERT B. EVANS, III (#23473)
CESAR R. BURGOS (#24328)
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525
**Attorneys for Plaintiffs**

**SHERIFF PLEASE SERVE WITH ORIGINAL PETITION AND FIRST AMENDED PETITION:**

WINN-DIXIE MONTGOMERY, LLC
**Through their Attorney of Record**
**Stephen N. Elliott**
**1615 Metairie Road**
**Metairie, LA 70055**

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND TBS, LLC
**Through their Attorney of Record**
**Michael F. Grennan**
**3838 N. Causeway Blvd., Suite 3160**
**Metairie, LA 70002**

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF COURT
ST. CHARLES PARISH

*CITATION*

*BAUDY, GAIL - ET AL*

*Versus*

*TRAVELERS INDEMNITY COMPANY OF CONNECTICUT - ET AL*



Case: *00074570*
Division: *D*
*29th Judicial District Court*
*Parish of St. Charles*
*State of Louisiana*

TO:
    *TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND TBS, LLC*
    *THROUGH THEIR ATTORNEY OF RECORD*
    *MICHAEL F. GRENNAN*
    *3838 N. CAUSEWAY BLVD., SUITE 3160*
    *METAIRIE, LA 70002*

*You are hereby summoned to comply with the demand contained in the PETITION, EX-PARTE, MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR DAMAGES, ORDER & PLAINTIFF'S FIRST AMENDED PETITION FOR DAMAGES, of which a certified copy accompanies this citation, or file your answer to the same, in the office of the Clerk on the Twenty-ninth Judicial Court in and for the Parish of St. Charles, in the Court House of said Parish at Hahnville, La., within fifteen days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*WITNESS THE HONORABLE JUDGES of the said Court on the 2ND day of February A.D., 2012.*

Charles J. Oubre, Jr.
CLERK OF COURT

BY: MINDY ADAMS
Deputy Clerk of Court

---

*Service Information*

*Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:*

*Personal Service on the party herein named* _____
*Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of sixteen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of _____ this _____ day of _____, 20_____.*

*Service* $_____

*Mileage* $_____          *By:* _____
                                          *Deputy Sheriff*

*Total* $_____

[ ORIGINAL ]

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570

DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED: _____

_____
DEPUTY CLERK

EX-PARTE, MOTION FOR LEAVE TO FILE
FIRST AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Gail Baudy wife

of/and Warren Baudy, who moves this Court for leave to file the attached First Amended Petition

for Damages.

WHEREFORE, petitioners pray that this Court will grant them leave to file the attached

First Amended Petition for Damages and for any and all other relief that this Court deems

appropriate.

Respectfully submitted

BURGOS & EVANS, LLC

ROBERT B. EVANS, III (LA Bar No. 23473)
3535 Canal St.
New Orleans, LA 70119
Telephone: 504-488-3722
Facsimile: 504-482-8525
**Attorneys for Plaintiffs**

STATE OF LOUISIANA
PARISH OF ST CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF COURT
ST. CHARLES PARISH

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570                                             DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED: _____          _____

                                            DEPUTY CLERK

## ORDER

IT IS HEREBY ORDERED that the plaintiffs, Gail Baudy wife of/and Warren Baudy be

granted leave to file the attached First Amended Petition for Damages.

HAHNVILLE, LOUISIANA, this 26th day of January, 2012.

_____
J U D G E

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served upon all

counsel of record by placing the same in the United States Mail, first class, postage prepaid, this

20 day of Jan., 2012.

_____
ROBERT B. EVANS, III

STATE OF LOUISIANA
PARISH OF ST CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

_____
CLERK OF COURT
ST. CHARLES PARISH

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570                                                DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED: _____

                                        DEPUTY CLERK

**PLAINTIFF'S FIRST AMENDED PETITION FOR DAMAGES**

        Petitioners, Gail Baudy wife of/and Warren Baudy, both persons of the full age of majority

and domiciled in the Parish of St. Charles, State of Louisiana, amends and restates their original

Petition for Damages as follows:

                                        1.

        The original Petition for Damages should read as follows:

                                        I.

        Defendant should have read:

        A)      Winn-Dixie Montgomery, LLC, a Louisiana Corporation doing business in St.

                Charles Parish, Louisiana.

                                        2.

        Plaintiff re-alleges, re-avers and restates all facts, claims and causes set forth in their

original Petition for Damages filed on December 8, 2011 as if copied herein *in extenso*.

        **WHEREFORE**, petitioners, Gail Baudy wife of/and Warren Baudy prays that defendant

be cited and served with a copy of this petition and after all legal delays and due proceedings be

had, petitioner be awarded judgment in their favor and against defendants, Winn-Dixie

Montgomery, LLC, for all damages which are reasonable in the premises, punitive damages,

interest from the date of judicial demand until paid, the costs of these proceedings, and all

general and equitable relief that this Honorable Court deems fit an proper.

Respectfully submitted:
**BURGOS & EVANS, L.L.C.**


**ROBERT B. EVANS, III (#23473)**
**CESAR R. BURGOS (#24328)**
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525
**Attorneys for Plaintiffs**


## SHERIFF PLEASE SERVE WITH ORIGINAL PETITION AND FIRST AMENDED PETITION:

**WINN-DIXIE MONTGOMERY, LLC**
**Through its Agent for Service**
**Corporate Creations Network, Inc.**
**1070-B West Causeway Approach**
**Mandeville, LA 70471**

**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND TBS, LLC**
**Through their Attorney of Record**
**Michael F. Grennan**
**3838 N. Causeway Blvd., Suite 3160**
**Metairie, LA 70002**

STATE OF LOUISIANA
PARISH OF ST CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF COURT
ST. CHARLES PARISH

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.    00074570                                          DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED: _____          DEPUTY CLERK: _____

**ANSWER**

NOW INTO COURT, through undersigned counsel, come defendants, Travelers Indemnity Company of Connecticut and TBS, LLC, who answer the Petition for Damages, as follows:

I.

Defendants admit those allegations of paragraph 1 pertaining to their corporate status and domicile.  The remaining allegations require no answer of these defendants.

II.

The allegations of paragraph 2 of the Petition are denied for lack of information sufficient to justify a belief.

III.

The allegations of paragraph 3 of the Petition are denied.

IV.

The allegations of paragraph 4 of the Petition are denied.

V.

The allegations of paragraph 5 of the Petition concerning the existence of a policy of liability insurance issued by Travelers Indemnity Company of Connecticut to TBS, LLC are admitted.  The policy is plead as the best evidence of its terms, contents, provisions, coverages, exclusions, limits of liability, etc.

VI.

The allegations of paragraph 6 of the Petition are denied.

VII.

The allegations of paragraph 7 of the Petition are denied for lack of information sufficient to justify a belief.

VIII.

The allegations of paragraph 8 of the Petition are denied for lack of information sufficient to justify a belief.

IX.

The allegations of paragraph 9 of the Petition require no answer of these defendants.  In as much as an answer may be required, defendants join plaintiffs in the request for trial by jury in due course in this matter.

X.

This accident was caused wholly or in part by the fault of the plaintiff, as follows:

a)      Failing to look where she was stepping;

b)      Failing to exercise due care under the circumstances;

c)      Failing to see that which she should have seen;

d)      Other acts which may be learned through discovery.

Defendants pray that this answer be filed into the record and after all due delays and proceedings, there be judgment herein in favor of defendants and against plaintiffs, dismissing plaintiffs' Petition with prejudice.

Alternatively, defendants pray that the defenses set forth in the answer be recognized and any recovery herein be reduced according to the percentage of fault of plaintiffs.

Defendants further pray that this matter be scheduled as a jury trial and for all general and equitable relief.

Respectfully submitted,

MICHAEL F. GRENNAN, LBA #6307
3838 N. Causeway Boulevard, Suite 3160
Metairie, Louisiana  70002
Telephone:  (504)832-7630
Facsimile:  (504) 833-4969

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the above and foregoing has been

forwarded to all counsel of record this 10th day of January, 2012.

MICHAEL F. GRENNAN

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.    00074570                                    DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED: _____        DEPUTY CLERK: _____

**ORDER FOR TRIAL BY JURY**

LET there be a trial by Jury upon posting a jury bond as required by law in the amount of

$~~1~~ 2,000.00_____ ~~on or before the~~_____~~day of~~_____, 20___.

~~IT IS ORDERED~~ that ~~on or~~ before the ~~day of~~ trial said applicant is hereby ordered to

60 days

deposit a minimal of $400.00_____ cash for each day the trial is estimated to

last. Plus an additional $1,233.00 for additional cost.
See attached En Banc Order

HAHNVILLE, LOUISIANA, this __17__ day of January, 2012.

_____
JUDGE

Respectfully submitted,

WALLER & ASSOCIATES

_____
MICHAEL F. GRENNAN  BAR #6407
3838 N. Causeway Blvd., Suite. 3160
Metairie, Louisiana  70002
Telephone:  (504) 832-7630
Facsimile:   (504) 833-4969
Attorney for Travelers Indemnity
Company of Connecticut and TBS, LLC

**CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed, postage

prepaid, to all counsel of record, this _10th_ day of January, 2012.

_____
MICHAEL F. GRENNAN

TWENTY-NINTH JUDICIAL DISTRICT COURT

PARISH OF ST. CHARLES

STATE OF LOUISIANA

Filed by: _____                    Date: _____

## EN BANC ORDER REGARDING DEPOSIT OF JURY COSTS

Rule XIX of the Twenty-Ninth Judicial District Court for the Parish of St. Charles provides that the Court may amend its rules by issuing an *en banc* order. Inasmuch as the costs associated with the first day of jury trials have risen significantly and payment of such costs is allowed under La.C.C.P. art. 1734.1(C),

IT IS HEREBY ORDERED that, effective immediately, the Rules of Court of the Twenty-Ninth Judicial District Court are amended as follows:

### Rule X.  Jury Trials

Section E.  In a civil case, a party praying for trial by jury shall deposit as bond with the Clerk of Court the sum of $2,000.00 for the first day, and $400.00 per day for each additional day estimated for trial, to be posted at least 60 days before trial in accordance with law.

Inasmuch as the estimated costs for the first day of a jury trial total approximately $3,233.00 (including extra costs not contemplated by the legislature in establishing the $2,000.00 jury bond),* the party requesting the jury trial is to deposit the additional sum of $1,233.00 at the time of posting bond to cover the additional costs.

In the event that the jury deposit is fully depleted during trial, the Clerk of Court shall notify the party requesting the jury of the remaining costs required, and said party shall promptly pay the same. At the time of posting the bond, the party praying for the jury shall pay to the Clerk of Court the sum of one hundred and fifty dollars as jury filing fees.

The request for jury trial shall include the following order:

IT IS HEREBY ORDERED that this cause be tried by jury upon applicant's depositing into the registry of the court the sum of $2,000.00 cash, and $400 per each day for each additional day estimated for trial, to be posted at least 60 days prior to trial, plus the additional sum of $1,233.00 to cover all jury costs herein.

JUDGE EMILE R. ST. PIERRE, DIV. C

JUDGE M. LAUREN LEMMON, DIV. D

JUDGE ROBERT A. CHAISSON, DIV. E

---

* Said costs are as follows:

$ 150.00 for clerk's fee
$ 150.00 for sheriff's fee
$ 308.00 ($77.00 x 4) for commissioners' fees
$ 75.00 for Clerk of Court commissioner fee
$ 450.00 for Clerk of Court for subpoena preparation
$2,100.00 ($30.00 x 70 jurors) for juror fees
$3,233.00

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.   00074570                                        DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED: _____        DEPUTY CLERK: _____

### REQUEST FOR WRITTEN NOTICE

To:   Clerk of Court
      24 th Judicial District Court
      Parish of Jefferson

    In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to give the undersigned as counsel of record for Travelers Indemnity Company of Connecticut and TBS, LLC, immediate written notice of any order or judgment made or rendered in this case, upon entry of any such order or judgment whether on the merits, exceptions, rules or amendments thereof, or to give the undersigned notice of any such hearings, rule dates and assignments of this matter presently pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

Respectfully submitted,

MICHAEL F. GRENNAN, LBA #6307
3838 N. Causeway Boulevard, Suite 3160
Metairie, Louisiana 70002
Telephone:  (504)832-7630
Facsimile:  (504) 833-4969

### CERTIFICATE OF SERVICE

    Undersigned counsel hereby certifies that a copy of the above and foregoing has been forwarded to all counsel of record this 10th day of January, 2012.

MICHAEL F. GRENNAN

29ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570                                          DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED:_____          _____
                                                    DEPUTY CLERK


## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally appeared:

ROBERT B. EVANS, III,

3535 Canal Street, New Orleans, Louisiana 70119, who after being duly sworn said that on the 13ᵗʰ

day of December, 2011 he served a certified copy of the Citation and Petition for Damages in this

action under the Louisiana Long Arm Statute, R.S. 13:3201, pursuant to Section 3204 of Title 13,

by mailing them to **TBS, LLC**, return receipt requested, properly addressed and postage prepaid;

that on the 27ᵗʰ day of December, 2011, the citation and petition was delivered and received; that

he received the postal receipt attached hereto, indicating that same had been delivered.

_____
**ROBERT B. EVANS, III**


SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 30 DAY
OF _____, 2012.

_____
NOTARY PUBLIC
GABRIEL O. MONDINO
BAR NO.:

**SENDER:** *COMPLETE THIS SECTION*

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TBS. LLC
212 Sunrise Ridge Loop
Austin, TX 78738

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7010 1670 0002 4917 2137
(Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

null / ALL
**Transmittal Number: 9405762**
Date Processed: 12/15/2011

| Primary Contact: | Pamela Hoff<br>The Travelers Companies, Inc.<br>385 Washington Street,  MC 515A<br>Saint Paul, MN 55102 |
|---|---|

| Entity: | The Travelers Indemnity Company of Connecticut<br>Entity ID Number  2317466 |
|---|---|
| Entity Served: | Travelers Indemnity Company of Connecticut |
| Title of Action: | Gail Baudy vs. The Travelers Indemnity Company of Connecticut |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | St. Charles Parish District Court, Louisiana |
| Case/Reference No: | 74,570-D |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 12/15/2011 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | LA-Secretary of State on 12/13/2011 |
| How Served: | Certified Mail |
| Sender Information: | Robert B. Evans<br>504-488-3722 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

## State of Louisiana
## Secretary of State

12/14/2011

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA  70802-6129

Suit No.: 74570
29TH JUDICIAL DISTRICT COURT
SAINT CHARLES PARISH

GAIL BAUDY, ET AL
vs
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.  Please call the attorney that filed this document if you have any questions regarding this proceeding.  If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on:  TOM SCHEDLER                     Date: 12/13/2011
Served by:  E CUMMINS                          Title: DEPUTY SHERIFF

No: 860394

TG

## CITATION

| | | |
|---|---|---|
| *BAUDY, GAIL - ET AL*<br><br>*Versus*<br><br>*TRAVELERS INDEMNITY COMPANY OF*<br>*CONNECTICUT - ET AL* | [seal] | *Case:* **00074570**<br>*Division: D*<br>*29th Judicial District Court*<br>*Parish of St. Charles*<br>*State of Louisiana* |

*TO:*

*THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT*
*THROUGH ITS AGENT FOR SERVICE*
*LOUISIANA SECRETARY OF STATE*
*8585 ARCHIVES AVENUE*
*BATON ROUGE, LA 70809*

SERVED ON
TOM SCHEDLER

DEC 13 2011

SECRETARY OF STATE
COMMERCIAL DIVISION

*You are hereby summoned to comply with the demand contained in the PETITION & REQUEST FOR WRITTEN NOTICE, of which a certified copy accompanies this citation, or file your answer to the same, in the office of the Clerk on the Twenty-ninth Judicial Court in and for the Parish of St. Charles, in the Court House of said Parish at Hahnville, La., within fifteen days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*WITNESS THE HONORABLE JUDGES of the said Court on the 8TH day of DECEMBER A.D., 2011.*

*Charles J. Oubre, Jr.*
*CLERK OF COURT*

BY: *JACQUELINE R PERRET*
*Deputy Clerk of Court*

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of sixteen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

| | |
|---|---|
| Service | $_____ |
| | By: _____ |
| Mileage | $_____   *Deputy Sheriff* |
| Total | $_____ |

[ ORIGINAL ]

29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 74,570-D                                DIVISION

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED:_____   **DIV. D**   _____
                          JUDGE
                    M. LAUREN LEMMON   DEPUTY CLERK

PETITION FOR DAMAGES

The petition of Gail Baudy wife of/and Warren Baudy, both  persons of the full age of

majority and residents of and domiciled in the Parish of St. Charles, State of Louisiana, respectfully

represent:

1.

The following parties are made defendants herein:

A.    The Travelers Indemnity Company of Connecticut, a foreign insurer, authorized to

        do and doing business in the State of Louisiana;

B.    TBS, LLC, a Louisiana Liability Company, authorized to do and doing business in

        the State of Louisiana; and

C.    Winn-Dixie, Store #1444, a Louisiana Corporation doing business at 12125 Highway

        90, Luling, Louisiana, 70070.

2.

On or about March 12, 2011, at approximately 1:15 p.m., petitioner, Gail Baudy states that

she was a customer  at defendant's place of business, Winn-Dixie, Store #1444. As the petitioner,

Gail Baudy, was walking off of a raised walkway, she slipped and fell causing personal injuries.

3.

Upon information and belief, the defendant had and/or should have had constructive notice

of the condition, because of the hazardous walkway and "step", and thus taken measures to correct

it and prevent the injuries sustained by the petitioner.

4.

At all times relevant hereto, it is believed that TBS, LLC owns the property being leased by

Winn-Dixie.

5.

At all times relevant hereto, The Travelers Indemnity Company of Connecticut provided a policy of liability insurance to TBS, LLC. Therefore, The Travelers Indemnity Company of Connecticut as insurer of TBS, LLC, is named as a Party Defendant herein.

6.

The hazardous walkway of the defendant's store was the direct cause of the petitioner's injury. Upon information and belief, others have fallen before and after plaintiff's accident in the same or substantially the same location under similar conditions.

7.

The accident in which petitioner, Gail Baudy, received injuries was caused solely by the negligence of the defendants, in the following aspects:

A.    Failure to maintain a safe place of business;

B.    Failure to keep its walkway up to the code and ordinances of St. Charles Parish;

C.    Allowing the walkway of the business to become dangerous and to remain dangerous;

D.    Failure to warn petitioner of the dangerous area;

E.    Failure to protect petitioner from unreasonable risks;

F.    Failure to inspect and keep the premises in a safe and suitable condition for the customers of the defendant;

G.    Failure to discover an unreasonably dangerous condition;

H.    Failure to take reasonable steps to prevent a dangerous condition from causing injury;

I.    Failure to warn of the dangerous condition;

J.    Creating a dangerous condition; and

K.    Failing to act as a reasonable and/or prudent person would under the same or similar circumstances together with any and all other acts of negligence through omission or commission that may be shown at the time of trial.

All of which acts of negligence are in violation of the ordinances of the Parish of St. Charles and the Statutes of Louisiana, that are specially pleaded herein as if copied in *extenso*

8.

Petitioners, Gail Baudy and Warren Baudy, itemizes their damages to which they are entitled as a result of the accident and injury proximately caused by the above described negligence of the

defendants, as follows, to-wit:

    A.    Past physical pain, suffering and discomfort;

    B.    Past mental anguish, aggravation, and annoyance;

    C.    Disability;

    D.    Future physical pain, suffering, and discomfort;

    E.    Future mental anguish, aggravation, and annoyance;

    F.    Past medical expenses;

    G.    Future medical expenses;

    H.    Loss of enjoyment of life;

    I.    Loss of use and/or function of parts of their body;

    J.    Bodily disability;

    K.    Impairment of psychological functioning;

    L.    Disability from engaging in recreation;

    M.    Destruction of earning capacity;

    N.    Loss of support;

    O.    Loss of society;

    Q.    Loss of consortium; and

    P.    Any and all other damages proven at a trial of this matter.

9.

Plaintiffs Gail Baudy wife of/and Warren Baudy reserve their right to trial by jury on all issues.

**WHEREFORE**, Petitioners, Gail Baudy wife of/and Warren Baudy pray that The Travelers Indemnity Company of Connecticut, TBS, LLC and Winn-Dixie be served with a certified copy of this petition and be duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of petitioners, Gail Baudy wife of/and Warren Baudy, and against the defendants, The Travelers Indemnity Company of Connecticut, TBS, LLC and Winn-Dixie, in an amount reasonable in the premises, together with legal interest from date of judicial demand and for all costs incurred and for any other relief that this Honorable Court deems just and proper.

Respectfully submitted

BURGOS & EVANS, L.L.C.

ROBERT B. EVANS, III (#23473)
CESAR R. BURGOS (#24328 )
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525
**Attorneys for Plaintiffs**

SHERIFF PLEASE SERVE:

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
Through its Agent for Service
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

TBS, LLC
Through Louisiana Long Arm Statue
212 Sunrise Ridge Loop
Austin, TX 78738

WINN-DIXIE, STORE #1444
Through its Agent for Service
Marie Kingsmill
12125 Hwy. 90
Luling, LA 70070

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF COURT
ST. CHARLES PARISH

29ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 74,570-D                                    DIVISION " "

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED:_____        _____
                                              DEPUTY CLERK

<u>REQUEST FOR WRITTEN NOTICE</u>

NOW INTO COURT, through undersigned counsel, come, Gail Baudy wife of/ and

Warren Baudy who, pursuant to the Louisiana Code of Civil Procedure Article 1572, respectfully

move this Court for written notice ten (10) days in advance of the date fixed for the trial or hearing

on any exception, motion, rule, or trial on the merits in the above captioned proceeding and, pursuant

to Louisiana Code of Civil Procedure Articles 1913 and 1914, request immediate notice of all

interlocutory and final orders and judgments on any exceptions, motions, rules or the trial on the

merits in the captioned proceeding.

                                  Respectfully submitted,

                                  BURGOS & EVANS, L.L.C.


                                  _____
                                  ROBERT B. EVANS, III (# 23473)
                                  CESAR R. BURGOS (# 24328 )
                                  3535 Canal Street
                                  New Orleans, Louisiana 70119-6135
                                  Telephone: (504) 488-3722
                                  Facsimile: (504) 482-8525
                                  **Attorneys Plaintiffs**

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.
_____
CLERK OF COURT
ST. CHARLES PARISH



RECEIVED

DEC 12 2011

EBR SHERIFF'S OFFICE

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE

CLERK OF COURT
ST. CHARLES PARISH





29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO.   00074570                                                      DIVISION "D "

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED:_____

_____
DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes WINN-DIXIE MONTGOMERY, LLC, defendant in the above action, who suggests to the Court that it has been served with Plaintiff's First Set of Interrogatories and Request for Production of Documents in the matter and that it desires and is in need of an additional thirty (30) day period of time in which to respond and/or object to said Plaintiff's First Set of Interrogatories and Request for Production of Documents.

Respectfully submitted,

BERNARD, CASSISA, ELLIOTT & DAVIS
A Professional Law Corporation

BY: _____
STEPHEN N. ELLIOTT (#5326)
CAROLINE D. ELLIOTT (#28568)
1615 Metairie Road
P. O. Box 55490
Metairie, Louisiana 70055-5490
Telephone:  (504)834-2612

CERTIFICATE OF SERVICE
I do hereby certify that I have on this _____ day of
_____ 20__, served a copy of the foregoing
pleading on counsel for all parties to this proceeding, by
mailing the same by United States mail, properly addressed,
and first class postage prepaid.

_____

## ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that the defendant, WINN-DIXIE MONTGOMERY, LLC, is hereby granted an additional thirty (30) days, from the date of the signing of this order, within which to respond and/or object to the said Plaintiff's First Set of Interrogatories and Request for Production of Documents.

Hahnville, Louisiana this ___ day of_____, 2012.

_____
J U D G E

BERNARD , CASSISA
ELLIOTT & DAVIS
1615 METAIRIE ROAD
METAIRIE, LA. 70005

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES
STATE OF LOUISIANA

NUMBER: 00074570                                              DIVISION "D"

GAIL BAUDY WIFE OF/AND WARREN BAUDY

VERSUS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND WINN-DIXIE

FILED:_____

_____
                                                    DEPUTY CLERK

VOLUNTARY MOTION FOR PARTIAL DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs GAIL BAUDY WIFE

OF/AND WARREN BAUDY, in the above numbered and entitled cause, and on suggesting to this

Court that WINN-DIXIE MONTGOMERY, LLC, defendant, should be voluntarily dismissed,

without prejudice; therefore, they desire that the above numbered and entitled lawsuit be dismissed,

without prejudice, insofar as WINN-DIXIE MONTGOMERY, LLC, only, is concerned, each

party bearing its own costs, while reserving unto said plaintiffs all rights to proceed against all other

parties.

ORDER

IT IS HEREBY ORDERED BY THIS HONORABLE COURT that WINN -DIXIE

MONTGOMERY, LLC; only be and is hereby dismissed, without prejudice, each party bearing

its own costs, while reserving unto said plaintiffs all rights against all other parties.

HAHNVILLE, Louisiana this _____ day of _____, 2012.


                                              _____
                                                    J U D G E


Respectfully submitted
BURGOS & EVANS, LLC

_____
ROBERT B. EVANS, III (LA Bar No. 23473)
3535 Canal St.
New Orleans, LA 70119
Telephone: 504-488-3722
Facsimile: 504-482-8525
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served upon all counsel of record by placing the same in the United States Mail, first class, postage prepaid, this _20_ day of _March_, 2012.

ROBERT B. EVANS, III